**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DOCTOR'S ASSOCIATES INC., : | |
| : | CASE NO.:  3:16-cv-00562 (JCH) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MANOJ TRIPATHI and : | |
| SADHANA TRIPATHI, : | |
| : | |
| Defendants. : | OCTOBER 3, 2016 |

**MOTION FOR PRELIMINARY AND/OR**
**PERMANENT INJUNCTION AND, IF NECESSARY, AN**
**EMERGENCY EXPEDITED DECISION ON THE PETITION TO COMPEL**

Plaintiff Doctor's Associates Inc. ("DAI") files this motion for a preliminary and/or permanent injunction pursuant to Fed. R. Civ. P. 65.  If the Court determines that a decision on DAI's pending Petition to Compel Arbitration (the "Petition") is necessary in order to grant the requested relief, DAI further respectfully asks for an emergency expedited decision on the fully-briefed Petition for good cause shown pursuant to Local Rule 7(a)(3).  For the reasons articulated in the accompanying memorandum of law, DAI respectfully requests that the Court enjoin Defendants (the "Tripathis") from prosecuting the claims in the underlying California state court proceedings, including but not limited to pursuing or prosecuting declaratory, injunctive, or other relief that seeks to establish or determine what this Court has been asked to determine – whether the Tripathis must arbitrate their claims in Connecticut.

        PLAINTIFF
        DOCTOR'S ASSOCIATES INC.

By: */s/ Bethany L. Appleby*
        Bethany L. Appleby (ct18418)
        Robyn F. Gallagher (ct29596)
        WIGGIN AND DANA LLP
        One Century Tower
        P.O. Box 1832
        New Haven, CT 06508-1832
        (203) 498-4400
        (203) 782-2889 fax
        bappleby@wiggin.com
        rgallagher@wiggin.com

        *Its Attorneys*

**CERTIFICATION**

     I hereby certify that on October 3, 2016 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                               */s/ Bethany L. Appleby*
                                               Bethany L. Appleby